Argued and submitted May 31, affirmed August 2, 2000

## STATE OF OREGON,
*Respondent,*

*v.*

## JERABIE LEE TREVITTS,
*Appellant.*

(9805-34631; CA A104796)

8 P3d 250

Steven V. Humber, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Affirmed. *State v. Hutchinson*, 169 Or App 264, 9 P3d 722 (2000).